# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) |
| Applicant, | ) No. |
| v. | ) |
| INFINITE REALITY, INC., | ) |
| Respondent. | ) |

### [PROPOSED] ORDER TO SHOW CAUSE AND
### ORDER TO COMPLY WITH ADMINISTRATIVE SUBPOENA

This matter comes before the Court upon the application of the United States Securities and Exchange Commission ("Commission") for: (1) an order to show cause why Infinite Reality, Inc. ("Infinite Reality" or "Respondent") should not comply with the Commission's December 5, 2024 administrative subpoena; and (2) an order compelling Respondent to produce documents and provide the testimony of a custodian of records.  The Court has considered the application filed by the Commission, the brief in support of the application and attachments thereto, and the record and file in this case.  The Court is satisfied that the Commission has made a sufficient and proper showing in support of the relief granted herein, and therefore:

**IT IS HEREBY ORDERED** that Respondent shall appear before this Court at ____AM/PM on _____, 2025 to show cause, if any exists, why the Court should not issue an Order:

(a) directing Respondent Infinite Reality to provide the documents requested in the Commission's December 5, 2024 subpoena on or before _____, 2025; and

(b) directing Respondent's designated custodian of records to appear for testimony at the Commission's Boston Regional Office, 33 Arch Street, 24th Floor, Boston, MA 02110 on or

before _____, 2025 or on a date acceptable to the Commission staff; and

(c) directing that, in the event that Respondent does not produce the requested documents by the date specified above and that Respondent's designated custodian of records does not appear for testimony at the date specified above the Commission will have established a prima facie case of civil contempt subject to further order of this Court.

**IT IS FURTHER ORDERED** that a copy of this Order and the papers supporting the Commission's application be served upon Respondent on or before _____, 2025 by personal delivery, facsimile, overnight courier, email, or first-class mail.

**IT IS FURTHER ORDERED** that Respondent shall deliver any opposing papers in response to the Commission's application no later than _____, 2025 by filing any such papers through the Court's CM/ECF system.

**IT IS SO ORDERED**

_____
United States District Judge

Dated: _____, 2025