**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Applicant, | ) | |
| v. | ) | No. 1:25-mc-91081-DJC |
| INFINITE REALITY, INC., | ) ) | |
| Respondent. | ) ) ) | |

**NOTICE OF APPEARANCE**

Please enter the appearance of the undersigned attorney, Allison R. Ferraris, as counsel for Respondent Infinite Reality, Inc. in the above-captioned case.

Dated: March 4, 2025

/s/ *Allison R. Ferraris*
Allison R. Ferraris (BBO #710964)
SIDLEY AUSTIN LLP
60 State St., 36th Floor
Boston, MA 02109
Telephone: (617) 223-0404
aferraris@sidley.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 4, 2025, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Allison R. Ferraris*
Allison R. Ferraris
