# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Applicant, | ) |
| v. | )  No. 1:25-mc-91081-DJC |
| INFINITE REALITY, INC., | ) ) ) |
| Respondent. | ) ) |

## ORDER

Upon consideration of the Parties' Joint Motion to Stay Proceedings and for the reasons stated therein, the Court hereby orders the following:

All proceedings in connection with the above-captioned action are stayed until March 14, 2025. The parties are directed to provide a status report to the Court on or before that date.

SO ORDERED.

DATED: March 10, 2025                              /s/ Jessica D. Hedges
                                                   United States Magistrate Judge