# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | )<br>)<br>) |
| Applicant, | ) |
| v. | ) No. 1:25-mc-91081-DJC |
| INFINITE REALITY, INC., | )<br>)<br>) |
| Respondent. | )<br>) |

## **ORDER**

Upon consideration of the Parties' Joint Motion to Extend Stay of Proceedings and for the reasons stated therein, the Court hereby orders the following:

All proceedings in connection with the above-captioned action are stayed until April 25, 2025. The parties are directed to provide a status report to the Court on or before that date.

SO ORDERED.

DATED: March 17, 2025

*/s/ Jessica D. Hedges*
United States Magistrate Judge