**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) | |
| ) | |
| Applicant, ) | |
| v. ) | No. 1:25-mc-91081-DJC |
| ) | |
| INFINITE REALITY, INC., ) | |
| ) | |
| Respondent. ) | |
| ) | |

## JOINT MOTION TO EXTEND STAY OF PROCEEDINGS

Applicant Securities and Exchange Commission ("SEC") and Respondent Infinite Reality, Inc. ("Infinite Reality") (collectively, the "Parties") respectfully submit this joint motion to extend the stay of this proceeding. As grounds for this motion, the Parties state as follows:

1.     Consistent with the Parties' March 9, March 14, and April 25, 2025 joint motions, ECF Nos. 12, 16, 19, Infinite Reality produced on March 14, March 28, April 11, April 25, May 9, and May 23, 2025 documents responsive to the administrative subpoena dated December 5, 2024 (the "Subpoena") that is the subject of the Commission's application, ECF No. 1.

2.     The Parties have met-and-conferred regarding the production of additional responsive documents beyond those contained in the March 14, March 28, April 11, April 25, May 9, and May 23 productions. Infinite Reality has provided the Commission with a proposed document production plan which is acceptable to the Commission.

3.     Accordingly, the Parties request that the Court extend the stay entered April 29, 2025, ECF No. 21, until July 11, 2025. Infinite Reality anticipates completing its production of documents on or before that date. The Parties will provide the Court with an additional status report on or before July 11, 2025.

4.      The Commission expressly reserves the right to petition the Court to consider its application if Infinite Reality does not comply with the terms set forth above, including without limitation failing to (1) make timely productions consistent with the Parties' agreed upon production plan and (2) complete the production of documents by July 11 (subject to any further agreement of the Parties).

WHEREFORE, the Parties respectfully request that the Court extend the stay of all proceedings in the above-captioned action until July 11, 2025. A proposed order is attached hereto as Exhibit A.

Date: May 30, 2025                                    Respectfully submitted,


/s/ *Alfred A. Day*                                   /s/ *Stephen L. Cohen*
Alfred A. Day (BBO #654436)                  Stephen L. Cohen (BBO #637801)
SECURITIES AND EXCHANGE                   SIDLEY AUSTIN LLP
COMMISSION                                        1501 K St., N.W.
Boston Regional Office                            Washington, District of Columbia 20005
33 Arch Street, 24th Floor                       Telephone: (202) 736-8682
Boston, MA 02110                                 scohen@sidley.com
Telephone: (617) 573-8900
daya@sec.gov                                       Allison R. Ferraris (BBO #710964)
                                                       SIDLEY AUSTIN LLP
*Counsel for Applicant Securities and*         60 State St., 36th Floor
*Exchange Commission*                           Boston, MA 02109
                                                       Telephone: (617) 223-0404
                                                       aferraris@sidley.com

                                                       *Counsel for Respondent Infinite Reality, Inc.*

**LOCAL RULE 7.1(A)(2) CERTIFICATION**

I, Stephen L. Cohen, counsel for Respondent, hereby certify that, in accordance with Local Rule 7.1(A)(2), counsel for Respondent has conferred with counsel for Applicant. The Parties agreed to jointly submit the foregoing motion.

*/s/ Stephen L. Cohen*
Stephen L. Cohen

**CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2025, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Stephen L. Cohen*
Stephen L. Cohen