# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　Applicant,<br><br>　　v.<br><br>INFINITE REALITY, INC.,<br><br>　　　　　　　　Respondent. | No. 1:25-mc-91081-DJC |

**[PROPOSED] ORDER**

Upon consideration of the Parties' Joint Motion to Extend Stay of Proceedings and for the reasons stated therein, the Court hereby orders the following:

All proceedings in connection with the above-captioned action are stayed until July 11, 2025. The parties are directed to provide a status report to the Court on or before that date.

SO ORDERED.


DATED _____, 2025　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Jessica D. Hodges
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge