UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　Applicant,<br><br>　　v.<br><br>INFINITE REALITY, INC.,<br><br>　　　　　　　　Respondent. | No. 1:25-mc-91081-DJC |

**JOINT STATUS REPORT**

Applicant Securities and Exchange Commission ("SEC") and Respondent Infinite Reality, Inc. ("Infinite Reality") (collectively, the "Parties") respectfully submit this status report pursuant to the Court's order entered June 13, 2025, ECF No. 25. The Parties state as follows:

1.　Consistent with the Parties' March 9, March 14, April 25, and May 30, 2025 joint motions, ECF Nos. 12, 16, 19, 23, Infinite Reality produced on March 14, March 28, April 11, April 25, May 9, May 23, June 6, and June 20, 2025 documents responsive to the administrative subpoena dated December 5, 2024 (the "Subpoena") that is the subject of the Commission's application, ECF No. 1.

2.　The Parties have met-and-conferred regarding Infinite Reality's response to the Subpoena and have agreed that Infinite Reality's production of documents in response to the Subpoena is substantially complete.

3.　Accordingly, the Commission intends to promptly withdraw its application, ECF No. 1, to resolve this matter.

Date: July 11, 2025

/s/ *Alfred A. Day*
Alfred A. Day (BBO #654436)
SECURITIES AND EXCHANGE
COMMISSION
Boston Regional Office
33 Arch Street, 24th Floor
Boston, MA 02110
Telephone: (617) 573-8900
daya@sec.gov

*Counsel for Applicant Securities and Exchange Commission*

Respectfully submitted,

/s/ *Stephen L. Cohen*
Stephen L. Cohen (BBO #637801)
SIDLEY AUSTIN LLP
1501 K St., N.W.
Washington, District of Columbia 20005
Telephone: (202) 736-8682
scohen@sidley.com

Allison R. Ferraris (BBO #710964)
SIDLEY AUSTIN LLP
60 State St., 36th Floor
Boston, MA 02109
Telephone: (617) 223-0404
aferraris@sidley.com

*Counsel for Respondent Infinite Reality, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2025 this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ *Stephen L. Cohen*
Stephen L. Cohen